No. 79–5099. HINKLE v. OHIO. Appeal from Ct. App. Ohio, Cuyahoga County, dismissed for want of substantial federal question.

No. 79–5165. POSTELL v. TEXAS. Appeal from County Ct. at Law No. 4, El Paso County, Tex., dismissed for want of substantial federal question.

No. 78–1937. METRO BROADCASTING Co., INC. v. SECRETARY OF THE TREASURY OF PUERTO RICO. Appeal from Sup. Ct. P. R. dismissed for want of jurisdiction. Reported below: —— P. R. R. ——.

No. 78–1940. O'CONNOR ET AL. v. SAN FRANCISCO POLICE COMMISSION ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 78–6413. LETOURNEAU v. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from D. C. S. D. N. Y. dismissed as untimely. MR. JUSTICE BLACKMUN would affirm the judgment.

No. 79–130. BEHNKE v. COMMITTEE OF PROFESSIONAL ETHICS AND CONDUCT OF THE IOWA STATE BAR ASSN. Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question. MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.

No. 78–6750. CONRAD v. REGAN, U. S. DISTRICT JUDGE, ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.